THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HERDIS SOCKWELL, JR., Defendant-Appellant.

(No. 71-302;

Second District—September 29, 1972.

*Rehearing denied October 26, 1972.*

Opinion by Mr. JUSTICE ABRAHAMSON.

William H. Snively, of Rockford, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford, for the People.